**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-20464-CIV-OTAZO-REYES**

**CONSENT CASE**

RACHEL LAUZURIQUE,
on behalf of herself and others similarly situated,

    Plaintiff,

v.

PUBLIC HEALTH TRUST OF
MIAMI-DADE COUNTY,

    Defendant.
_____/



**ORDER OF DISMISSAL**

    THIS CAUSE having come before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint [D.E. 24] and for good cause shown, it is

    ORDERED and ADJUDGED as follows:

    After reviewing the parties' confidential Settlement Agreement, the parties' Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint [D.E. 24] is hereby **GRANTED**.  The Court finds the parties' confidential Settlement Agreement to be fair and reasonable in light of a bona fide dispute pursuant to <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor</u>, 679 F.2d 1350 (11th Cir. 1982).

    Accordingly, the parties' Settlement Agreement is hereby **APPROVED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** with the Court retaining jurisdiction for Sixty (60) days to enforce the parties' Settlement Agreement.  Each party shall bear their own legal fees and costs except as provided in the Settlement Agreement approved by the Court. All pending

motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of February, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record